RECEIVED
IN LAKE CHARLES, LA

AUG 3 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PERRY RAYMOND LEFLER | CIVIL ACTION NO. 2:10-cv-1887<br>SECTION P |
| VS. | |
| | JUDGE PATRICIA MINALDI |
| ALLEN CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is ORDERED that the plaintiff's civil rights complaint asserting the unlawfulness of his prison disciplinary conviction and sanctions be imposed be **DISMISSED WITH PREJUDICE** (to being asserted once again once the *Heck* conditions are met) as frivolous in accordance with the provisions of 28 U.S.C §1915(e)(2)(B); and

IT IS FURTHER ORDERED that the plaintiff's civil rights complaint alleging a violation fo his right to practice his religion and for retaliation **ARE DISMISSED WITH PREJUDICE** as frivolus and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C §1915A(b)(1).

Lake Charles, Louisiana, this 29 day of August, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE